E. MARTIN ESTRADA  
United States Attorney  
DAVID M. HARRIS  
Assistant United States Attorney  
Chief, Civil Division  
CEDINA M. KIM  
Assistant United States Attorney  
Senior Litigation Counsel, Civil Division  
MARLA K. LETELLIER, CSBN 234969  
Special Assistant United States Attorney  
    Social Security Administration  
    Office of the General Counsel  
    Office of Program Litigation, Division 7  
        6401 Security Boulevard  
        Baltimore, Maryland 21235  
        Telephone: (510) 970-4830  
        Facsimile: (415) 744-0134  
        E-mail: marla.letellier@ssa.gov  

Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT  
FOR THE CENTRAL DISTRICT OF CALIFORNIA  
WESTERN DIVISION

| | |
|---|---|
| ANIBAL SANCHEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>   Defendant. | Case No. 2:24-cv-00478-MRW<br><br>[~~PROPOSED~~] JUDGMENT OF REMAND |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED: 5/13/2024

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE